**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Texas

Case number (*If known*): ________________________ Chapter _____

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

**Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7

☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's full name**

Cord
First name

Henry
Middle name

Johnson
Last name

________________________
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

________________________________________

________________________________________

________________________________________

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number** (ITIN)

☐ Unknown

xxx – xx – 9 8 8 9 OR 9 xx – xx – ___ ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

Debtor Cord Henry Johnson Case number (if known)

**6. Debtor's address**

**Principal residence**

5300 Little Road
Number Street

Granbury TX 76049
City State ZIP Code

Parker
County

**Mailing address, if different from residence**

Number Street

City State ZIP Code

**Principal place of business**

Number Street

City State ZIP Code

County

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No

☐ Yes. Debtor ______ Relationship ______
District ______ Date filed ______ MM / DD / YYYY Case number, if known ______

Debtor ______ Relationship ______
District ______ Date filed ______ MM / DD / YYYY Case number, if known ______

Debtor Cord Henry Johnson Case number (if known)____________________

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) ____________________

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Century Bank | Judgment | $ 16,398,814.92 |
| Huntington Bank f/k/a Cadence Bank | Judgment | $ 23,426,878.46 |
| Hunt Guillot & Associates, LLC | Judgment | $ 938,678.53 |
| | Total | $ See next page |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor Cord Henry Johnson Case Number (if known) ____________

13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Spin Capital, LLC | Judgment | $8,234,160.50 |

Total: $48,998,532.41

Debtor Cord Henry Johnson Case number (*if known*)

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✘ /s/ Tom Lilly
Signature of petitioner or representative, including representative's title

Century Bank
Printed name of petitioner

Date signed 09/04/2026
MM / DD / YYYY

**Mailing address of petitioner**

100 South Federal Place
Number Street

Santa Fe NM 87504
City State ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone ______________

Email ______________

**Name and mailing address of petitioner's representative, if any**

______________
Name

______________
Number Street

______________
City State ZIP Code

**Attorneys**

✘ /s/ John C. Leininger
Signature of attorney

John C. Leininger
Printed name

Otteson Shapiro LLP
Firm name, if any

4851 LBJ Freeway, Suite 650
Number Street

Dallas TX 75244
City State ZIP Code

Date signed 09/04/2026
MM / DD / YYYY

Contact phone (214) 619-8325 Email jcl@os.law

Debtor Cord Henry Johnson Case number (if known)

✘ dave peura
Signature of petitioner or representative, including representative's title

Huntington Bank f/k/a Cadence Bank
Printed name of petitioner

Date signed 09/03/2026
MM / DD / YYYY

**Mailing address of petitioner**

41 South High Street
Number Street

Columbus OH 43287
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

✘ /s/ Michael Napoli
Signature of Attorney

Michael Napoli
Printed name

Akerman, LLP
Firm name, if any

2001 Ross Avenue, Suite 3600
Number Street

Dallas TX 75201
City State ZIP Code

Date signed 09/03/2026
MM / DD / YYYY

Contact phone (214) 720-4300 Email michael.napoli@akerman

✘ /s/ Russell A. Woodward Jr., Attorney
Signature of petitioner or representative, including representative's title

Hunt Guillot & Associates, LLC
Printed name of petitioner

Date signed 08/26/2026
MM / DD / YYYY

**Mailing address of petitioner**

603 E. Reynolds Drive
Number Street

Ruston LA 71270
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

✘ /s/ Russell A. Woodward Jr.
Signature of Attorney

Russell A. Woodward Jr.
Printed name

Law Offices of Russell A. Woodward Jr.
Firm name, if any

119 Pelican Blvd.
Number Street

Ruston LA 71270
City State ZIP Code

Date signed 08/26/2026
MM / DD / YYYY

Contact phone (318) 255-4898 Email raw@therawlaw.com



Print Save As... Add Attachment Reset

Debtor Cole Wayne Johnson

Case Number (if known) ____________

**Petitioners or Petitioner's Representative**

/s/ Josh Lubin
Signature of petitioner or representative, including representative's title

Spin Capital, LLC
Printed name of petitioner

Date Signed: 08/20/2026

**Mailing address of petitioner**

1460 Arboretum Parkway
Number Street

Lakewood, NJ 08701
City State Zip Code

**Mailing address of petitioner's representative, if any**

Josh Lubin
Name

1460 Arboretum Parkway
Number Street

Lakewood, NJ 08701
City State Zip Code

**Attorneys**

Signature of Attorney

Printed name

Firm name, if any

Number Street

City State Zip Code

Date Signed:

Contact Phone: Email: