ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Cord Henry Johnson | § | Case No.: 26−43995−elm7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

# NOTICE SETTING STATUS CONFERENCE

A Status Conference via WebEx has been set in the U.S. Bankruptcy Court for **September 29, 2026** at **01:30 PM** before the Honorable Edward L. Morris at https://us−courts.webex.com/meet/morris to consider

Chapter 7 involuntary petition against an individual (Doc 1)

For WebEx Video Participation/Attendance:

Link: https://uscourts.webex.com/meet/morris
Meeting Number: 23094453213

For WebEx Telephonic Only Participation/Attendance:

DialIn: 1.650.479.3207
Meeting ID: 2309 445 3213

***The petitioning creditor(s) shall serve a copy of this Notice of Hearing on all other parties in this case and file a certificate of service to evidence compliance with this requirement.***

DATED: September 8, 2026

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Karyn Rueter, Deputy Clerk