**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **CORD HENRY JOHNSON** | § | **26-43995-elm7** |
| | § | |
| **Debtor.** | § | |

# NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance on behalf of XL Specialty Insurance Co. pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and pursuant to Bankruptcy Rule 2002 requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon:

Brandon Bains
**BAINS LAW PLLC**
State Bar No. 24050126
P.O. Box 1027
Aledo, TX 76008
Telephone: (214) 494-8097
brandon@bainslaw.com

Dated: September 8, 2026

Respectfully submitted,

**BAINS LAW PLLC**

By: */s/ Brandon K. Bains*
Brandon K. Bains
State Bar No. 24050126
P.O. Box 1027
Aledo, TX 76008
Telephone: (214) 494-8097
brandon@bainslaw.com

**ATTORNEY FOR XL SPECIALTY INSURANCE CO.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all parties receiving electronic notification in this case from the Court ECF system on this the 8th day of September 2026.

*/s/ Brandon K. Bains*
Brandon K. Bains