**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 26-43995-elm7** |
| **CORD HENRY JOHNSON.** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

## CERTIFICATE OF SERVICE

I, Courtney Poteete, of Otteson Shapiro LLP, certify that:

1. I am, and at all times hereinafter mentioned was, more than 18 years of age;

2. On the 8th day of September, 2026, I served a copy of the following documents:

- Notice Setting Status Conference [Doc. 3] and
- Standing Scheduling Order Regarding Involuntary Cases [Doc 5]

to **Cord Henry Johnson**, via USPS Priority Mail, to his address 5300 Little Road, Granbury, Texas 76049.

Executed in Dallas County, State of Texas, on the 8th day of September 2026.

*/s/ Courtney B. Poteete*
Courtney B. Poteete, Legal Assistant
Otteson Shapiro LLP
4851 LBJ Freeway, Suite 650
Dallas, Texas 75244