United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 26-43995-elm |
| Cord Henry Johnson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 08, 2026 | Form ID: ntcstcnf | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Russell Woodward, Law Offices of Russell A. Woodward Jr., 119 Pelican Blvd., Ruston, LA 71270-7703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John C. Leininger | on behalf of Petitioning Creditor Century Bank jcl@os.law cpoteete@os.law |
| Michael D. Napoli | on behalf of Petitioning Creditor Huntington Bank f/ka/ Cadence Bank michael.napoli@akerman.com cindy.ferguson@akerman.com;teresa.barrera@akerman.com;masterdocketlit@akerman.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Cord Henry Johnson | § | Case No.: 26−43995−elm7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

# NOTICE SETTING STATUS CONFERENCE

A Status Conference via WebEx has been set in the U.S. Bankruptcy Court for **September 29, 2026** at **01:30 PM** before the Honorable Edward L. Morris at https://us−courts.webex.com/meet/morris to consider

Chapter 7 involuntary petition against an individual (Doc 1)

For WebEx Video Participation/Attendance:

Link: https://uscourts.webex.com/meet/morris
Meeting Number: 23094453213

For WebEx Telephonic Only Participation/Attendance:

DialIn: 1.650.479.3207
Meeting ID: 2309 445 3213

***The petitioning creditor(s) shall serve a copy of this Notice of Hearing on all other parties in this case and file a certificate of service to evidence compliance with this requirement.***

DATED: September 8, 2026

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Karyn Rueter, Deputy Clerk