BTXN 104a (rev. 09/19)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: Cord Henry Johnson | § | |
| | § | Case No.: 26-43995-elm7 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Woodard Jr. (*Last*) Russell (*First*) A (*MI*)

2. Firm Name: Law Office of Russell A. Woodard Jr. LLC

3. Address: 119 Pelican Blvd
Ruston, LA 71270

4. Phone: 318-255-4898 FAX: NA
Email: raw@therawlaw.com

5. Name used to sign ***all*** pleadings: Russell A. Woodard Jr

6. Retained by: Hunt Guillot & Associates LLC

7. Admitted on Oct. 20, 2011 and presently a member in good standing of the bar of the highest court of the state of Louisiana and issued the bar license number of 34163 .

8. Admitted to practice before the following courts:

| *Court:* | *Admission Date:* |
|---|---|
| Western District of LA | 2020 |
| 5th Circuit Court of Appeal | 2023 |
| Supreme Court of the United States | 2024 |

***Continued.***

9. Are you presently a member in good standing of the bars of the courts listed above?

☒ Yes ☐ No

If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes ☒ No

If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☒ No

If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
|---|---|
| | |
| | |
| | |

13. Local counsel of record: John Leininger

14. Local counsel's address: 4851 LBJ Freeway, Suite 360
Dallas, TX 75244

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on ________________.

Russell A. Woodard, Jr.
Printed Name of Applicant

9-28-26
Date

______________________________
Signature of Applicant