**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CADENCE BANK, et al.,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:23-CV-609-BJ** |
| | § | |
| **BRIDGELINK ENGINEERING, LLC, et al.,** | § | |
| | § | |
| ***Defendants.*** | § | |

**FINAL JUDGMENT**

In accordance with the Court's Memorandum Opinion and Order issued on May 30, 2024, and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiffs Cadence Bank f/k/a BancorpSouth Bank and Century Bank ( "Plaintiffs") shall recover from Bridgelink Engineering, LLC ("Bridgelink"), Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation L.L.C., Bighorn Sand and Gravel LLC, and Bighorn Investments and Properties, LLC ("Guarantors") (collectively, "Defendants") jointly and severally, judgment in the sum of **$39,825,693.39** for breach of contract, plus post-judgment interest at a rate of **5.17%** to be computed as set forth in 28 U.S.C. § 1961, from the date this judgment is entered on the docket until paid.

It is further **ORDERED** that all writs and process necessary for the enforcement and collection of this judgment shall be issued in favor of Plaintiffs.

This judgment finally disposes of all parties and claims, and it is appealable. All other relief not expressly granted herein is denied.

All costs under 28 U.S.C. § 1920 shall be taxed against Bridgelink and the Guarantors.

SIGNED June 17, 2024.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT 3**