***Know Ye That*** I, MAUREEN O'CONNELL, County Clerk of the County of Nassau, in the State of New York, and Clerk of the Supreme and County Courts, thereof,

***Do Hereby Certify*** that we inspected the records of our Courts and do find a Judgment in the Supreme Court, which is one of the Courts of Record, in this County, entitled:

Index No: 22 614675
SPIN CAPITAL LLC,

Plaintiff(s),

-against-

BRIDGELINK ENGINEERING LLC; BIGHORN CONSTRUCTION & RECLAMATION LLC; BIGHORN INVESTMENTS AND PROPERTIES, LLC; BRIDGELINK INVESTMENTS, LLC; BIGHORN CONSTRUCTION LIMITED LIABILITY COMPANY; OAK CREEK CONSULTING AND PRODUCTION SERVICES LLC; ENHANCED MIDSTREAM LLC; BRIDGELINK COMMODITIES LLC; BRIDGELINK EUROPE LTD; BIGHORN SAND & GRAVEL LLC; INTERMOUNTAIN ELECTRIC SERVICE INC; BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC; BRIDGELINK RENEWABLE ENERGY DEVELOPMENT II LLC; BRIDGELINK RENEWABLE ENERGY INVESTMENTS II LLC; COLE WAYNE JOHNSON and CORD JOHNSON,

Defendant(s),

of which the following is a true and perfect copy and the whole of said Judgment in words and figures following, to wit:

NCC Rev 1/08

FILED: NASSAU COUNTY CLERK 02/09/2024 09:00 AM
NYSCEF DOC. NO. 116

INDEX NO. 614675/2022
RECEIVED NYSCEF: 02/14/2024

Nassau County
Maureen OConnell
County Clerk
Mineola, NY 11501

61 2024 00213255

Ref ID#: EC 22 614675

Instrument Number: 2024- 00213255
As
JE1 - ELECT JUDG SUPREME COURT MONEY

Recorded On: February 09, 2024
Parties: SPIN CAPITAL LLC
TO
BRIDGELINX ENGINEERING LLC
Recorded By: SPIN CAPITAL

Num Of Pages: 11
Comment:

** Examined and Charged as Follows: **

JE1 - ELECT JUDG SUPREME CC 0.00
Recording Charge: 0.00

** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Nassau County, NY

File Information:

| | |
|---|---|
| Document Number | 2024- 00213255 |
| Receipt Number | 3080431 |
| Recorded Date/Time | February 09, 2024 12:56:28P |
| Book-Vol/Pg: | Bk-K VI-970 Pg-140 |
| Cashier / Station | 0 CAG / NCCL-9SRSFK2 |

Record and Return To:

NASSAU COUNTY STATE OF NEW YORK

Maureen O'Connell
County Clerk Maureen O'Connell

1 of 11

At an IAS part 33 of the Supreme Court Located at 100 Supreme Ct Dr, Mineola NY 11501. On the 6 day of Feb 20 24

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

SPIN CAPITAL LLC,

*Plaintiff,*

-against-

BRIDGELINK ENGINEERING LLC; BIGHORN CONSTRUCTION & RECLAMATION L.L.C.; BIGHORN INVESTMENTS AND PROPERTIES, LLC, BRIDGELINK INVESTMENTS, LLC; BIGHORN CONSTRUCTION LIMITED LIABILITY COMPANY; OAK CREEK CONSULTING AND PRODUCTION SERVICES LLC; ENHANCED MIDSTREAM LLC; BRIDGELINK COMMODITIES LLC; BRIDGELINK EUROPE LTD; BIGHORN SAND & GRAVEL LLC; INTERMOUNTAIN ELECTRIC SERVICE INC; BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC; BRIDGELINK RENEWABLE ENERGY DEVELOPMENT II LLC; BRIDGELINK RENEWABLE ENERGY INVESTMENTS II, LLC; COLE WAYNE JOHNSON and CORD JOHNSON,

*Defendants.*

Index No.: 614675/2022

**JUDGMENT**

WHEREAS, this action this action having been commenced by the filing of a Summons and Verified Complaint on October 25, 2022 (NYSCEF Doc. No. 1);

WHEREAS, the Summons and Verified Complaint in the above-entitled action have been served upon defendants, BRIDGELINK ENGINEERING LLC; BIGHORN CONSTRUCTION & RECLAMATION LLC; BIGHORN INVESTMENTS AND PROPERTIES LLC, BRIDGELINK INVESTMENTS LLC; BIGHORN CONSTRUCTION LLC; OAK CREEK CONSULTING AND PRODUCTION SERVICES LLC; ENHANCED MIDSTREAM LLC,

11139773.2

BRIDGELINK COMMODITIES LLC; BRIDGELINK EUROPE LTD, BIGHORN SAND & GRAVEL LLC, INTERMOUNTAIN ELECTRIC SERVICE INC; BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC; BRIDGELINK RENEWABLE ENERGY DEVELOPMENT II LLC; BRIDGELINK RENEWABLE ENERGY INVESTMENTS II LLC; COLE WAYNE JOHNSON and CORD JOHNSON (collectively, the "Defendants"), on October 27, 2022;

WHEREAS, on January 11, 2023, Defendants filed an Answer with Counterclaims (NYSCEF Doc. No. 32);

WHEREAS, on January 31, 2023, Plaintiff filed a motion pursuant to CPLR § 3211(a)(1) and (7) to dismiss Defendants' counterclaims (NYSCEF Doc. Nos. 47-52) ("Motion #002);

WHEREAS, on January 31, 2023, Avrumi Lubin made a motion pursuant to CPLR 3211(a)(8) (NYSCEF Doc. Nos. 53-54) to dismiss the counterclaims/cross-claims asserted against him by the Defendants (Motion #003);

WHEREAS, on March 14, 2023, Plaintiff made a motion for summary judgment (the "Motion for Summary Judgment") pursuant to CPLR § 3212 (NYSCEF Doc. Nos. 56-75) seeking judgment against Defendants (Motion #004);

WHEREAS, the Defendants submitted opposition to Motion #002 and Motion #004 on May 30, 2023 (NYSCEF Doc. Nos. 79-90) and Plaintiff submitted its replies to the Defendants' opposition to Motions # 002 & 004 on June 16, 2023 (NYSCEF Doc Nos. 91-104);

WHEREAS, pursuant to a Decision and Order ~~dated~~ entered January 25, 2024 (NYSCEF Doc No. 109), by Honorable Philippe Solages JSC a copy of which is attached as **Exhibit A**, the Court:

A. Granted Motion #002 in its entirety dismissing Defendants' counterclaims against Plaintiff;

B. Granted Motion #003 in its entirety dismissing the counterclaims/cross-claims against Avrumi Lubin,

C. Granted Motion #004 to the extent that Plaintiff was awarded judgment against Defendants in the amount of $7,290,000 on its breach of contract and breach of guaranty claims and in the amount of $50 on its claim for an NSF fee, plus statutory interest, costs and disbursements.

D. Denied Motion #004 to the extent Plaintiff sought a Default Fee of $5,000, a Blocked ACH Payment Fee of $5,000 and a UCC Filing Fee of $499:

E. Denied without prejudice Motion #4 to the extent that Plaintiff was seeking attorneys' fees in the amount of $2,187,000, with leave to renew upon submission of a detailed affirmation of legal services rendered.

WHEREAS, Plaintiff declines to renew Motion #4 to seek its legal fees;

WHEREAS, the itemization of the amounts for which Plaintiff seeks judgment is as follows:

| | |
|---|---|
| Amount per Decision | $7,290,050.00 |
| Interest at 9% (9/2/22-2/5/24 – 522 days) | $ 938,319.31 |
| Costs and Disbursements | $ 455.00 (Bill of Costs) |
| **TOTAL** | **$8,228,824.31** |

Now, on motion of Wells Law P.C. (Steven W. Wells, Esq.), attorney for SPIN CAPITAL LLC, it is

– ADJUDGED that SPIN CAPITAL LLC, located at 1460 Arboretum Parkway, Lakewood, New Jersey 08701 have judgment and recover from Defendants, (i) BRIDGELINK

11139773.2

ENGINEERING LLC, with an address at 777 Main Street, Suite 3000, Forth Worth, TX 76102; (ii) BIGHORN CONSTRUCTION & RECLAMATION LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (iii) BIGHORN INVESTMENTS AND PROPERTIES LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (iv) BRIDGELINK INVESTMENTS LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007, (v) BIGHORN CONSTRUCTION ~~LLC~~ Limited Liability company, with an address at 14 S Sherwood Drive, Morgan's Point Resort, TX 76513; (vi) OAK CREEK CONSULTING AND PRODUCTION SERVICES LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (vii) ENHANCED MIDSTREAM LLC, with an address at 306 W Wall Street, Suite 600, Midland, TX 79701; (viii) BRIDGELINK COMMODITIES LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (ix) BRIDGELINK EUROPE LTD, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (x) BIGHORN SAND & GRAVEL LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (xi) INTERMOUNTAIN ELECTRIC SERVICE INC, with an address at 211 E. 7th Street, Suite 620, Austin, TX 78701; (xii) ~~BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007~~; (xiii) BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (xix) BRIDGELINK RENEWABLE ENERGY DEVELOPMENT II LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007, (xx) BRIDGELINK RENEWABLE ENERGY INVESTMENTS II LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (xxi) COLE WAYNE JOHNSON, who resides at 4204 S County Rd 1128, Midland, TX 79706; and (xxii) CORD JOHNSON, who resides at 4204 S County Rd 1128, Midland, TX 79706, jointly and severally, the sum of $7,290,000.00 plus interest at the rate of 9% per annum from interest from September

And on its claim for the NSF fee in the Amount of $50.00 to total $7,290,050.00

AJSC

AJSC

11139773.2

2, 2022, in the amount of $ 943,705.50, plus $ 455.00 in costs and disbursements as taxed by the Clerk, amounting in all to the sum of $8,234,160.50 and the Plaintiff have execution therefore; *and it is further*

ADJUDGED that the Counterclaims against Plaintiff SPIN CAPITAL LLC, located at 1460 Arboretum Parkway, Lakewood, New Jersey 08701, by Defendants (i) BRIDGELINK ENGINEERING LLC, with an address at 777 Main Street, Suite 3000, Forth Worth, TX 76102, (ii) BIGHORN CONSTRUCTION & RECLAMATION LLC, with an address at 3610-2 N Josey Ln Ste 223, Carrollton, TX 75007; (iii) BIGHORN INVESTMENTS AND PROPERTIES LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (iv) BRIDGELINK INVESTMENTS LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (v) BIGHORN CONSTRUCTION LLC, with an address at 14 S Sherwood Drive, Morgan's Point Resort, TX 76513, (vi) OAK CREEK CONSULTING AND PRODUCTION SERVICES LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (vii) ENHANCED MIDSTREAM LLC, with an address at 306 W Wall Street, Suite 600, Midland, TX 79701; (viii) BRIDGELINK COMMODITIES LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (ix) BRIDGELINK EUROPE LTD, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (x) BIGHORN SAND & GRAVEL LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (xi) INTERMOUNTAIN ELECTRIC SERVICE INC, with an address at 211 E. 7th Street, Suite 620, Austin, TX 78701; (xii) ~~BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007;~~ (xiii) BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (xix) BRIDGELINK RENEWABLE ENERGY DEVELOPMENT II LLC, with an address at 3610-2 N. Josey Ln Ste

11139773 2

223, Carrollton, TX 75007, (xx) BRIDGELINK RENEWABLE ENERGY INVESTMENTS II LLC, with an address at 3610-2 N. Josey Ln Ste 223, Carrollton, TX 75007; (xxi) COLE WAYNE JOHNSON, who resides at 4204 S County Rd 1128, Midland, TX 79706; and (xxii) CORD JOHNSON, who resides at 4204 S County Rd 1128, Midland, TX 79706, are dismissed; *and it is further*

ADJUDGED, that the counterclaims/cross-claims asserted against Avrum Lubin by Defendants are dismissed.

**ENTER**

Hon. Philippe Solages, Jr, A.J.S.C.

As to Form

**ENTERED**
FEB 09 2024
**NASSAU COUNTY**
**COUNTY CLERK'S OFFICE**

11139773.2

**EXHIBIT 9**