8/16/2024 2:40 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 91005809
By: Marcella Hill
Filed: 8/16/2024 2:40 PM

**CAUSE NUMBER 2024-18025A**

RECEIPT NUMBER: 1026119
TRACKING NUMBER: 74355233

EML

---

**GARNISHOR: SPIN CAPITAL LLC**

**Vs.**

**GARNISHEE: CHARLES SCHWAB BANK**

**In the 164th Judicial District Court of Harris County, Texas**

---

**WRIT OF GARNISHMENT AFTER JUDGMENT**

**STATE OF TEXAS**

**TO: CHARLES SCHWAB BANK C/O
CORPORATION SERVICE COMPANY
211 E 7TH STREET SUITE 620
AUSTIN, TX 78701**

Whereas in the 164TH District Court, of Harris County, Texas, in Cause Number 2024-18025, SPIN CAPITAL LLC, was the Plaintiff, and BRIDGELINK ENGINEERING LLC, BIGHORN CONSTRUCTION & RE-CLAMATION LLC, BIGHORN INVESTMENTS AND PROPERTIES LLC, BRIDGELINK INVESTMENTS LLC, BIGHORN CONSTRUCTION LIMITED LIABILITY COMPANY, OAK CREEK CONSULTING AND PRODUCTION SERVICES LLC, ENHANCED MIDSTREAM LLC, BRIDGELINK COMMODITIES LLC, BRIDGELINK EUROPE LTD, BIGHORN SAND & GRAVEL LLC, INTERMOUNTAIN ELECTRIC SERVICE INC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT II LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS II LLC, COLE WAYNE JOHNSON, and CORD JOHNSON, were the Defendants. The Plaintiff, on FEBRUARY 9, 2024 secured a Judgment against from the SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NASSAU, IN INDEX NUMBER 614675/2022 which was subsequently domesticated in Harris County, Texas on MARCH 30, 2024, against said BRIDGELINK ENGINEERING LLC, BIGHORN CONSTRUCTION & RE-CLAMATION LLC, BIGHORN INVESTMENTS AND PROPERTIES LLC, BRIDGELINK INVESTMENTS LLC, BIGHORN CONSTRUCTION LIMITED LIABILITY COMPANY, OAK CREEK CONSULTING AND PRODUCTION SERVICES LLC, ENHANCED MIDSTREAM LLC, BRIDGELINK COMMODITIES LLC, BRIDGELINK EUROPE LTD, BIGHORN SAND & GRAVEL LLC, INTERMOUNTAIN ELECTRIC SERVICE INC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT II LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS II LLC, COLE WAYNE JOHNSON, and CORD JOHNSON, Defendants in the amount of $8,234,160.50 dollars, besides interest and cost of suit, has applied for a Writ of Garnishment against you; the said Garnishee: CHARLES SCHWAB BANK

**THEREFORE YOU ARE HEREBY COMMANDED** to file a sworn written answer on or before ten o'clock A.M., on the Monday next following expiration of Twenty days from the date of service hereof, then and there to answer upon oath what, if anything, you are indebted to said defendant, and were, when this Writ was served upon you; and

1. What effects, if any of the said defendant you had in your possession, and had when this writ was served.
2. What other persons, if any, within your knowledge, are indebted to the said defendant, or have effects belonging to Said defendant in their possession.

**YOU ARE FURTHER COMMANDED** not to pay to defendant any debt or to deliver to him any effects pending further order of this court.

**TO DEFENDANT(S):** **BRIDGELINK ENGINEERING LLC, BIGHORN CONSTRUCTION & RE-CLAMATION LLC, BIGHORN INVESTMENTS AND PROPERTIES LLC, BRIDGELINK INVESTMENTS LLC, BIGHORN CONSTRUCTION LIMITED LIABILITY COMPANY, OAK CREEK CONSULTING AND PRODUCTION SERVICES LLC, ENHANCED MIDSTREAM LLC, BRIDGELINK COMMODITIES LLC, BRIDGELINK EUROPE LTD, BIGHORN SAND & GRAVEL LLC, INTERMOUNTAIN ELECTRIC SERVICE INC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT LLC, BRIDGELINK RENEWABLE ENERGY DEVELOPMENT II LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS II LLC, COLE WAYNE JOHNSON, and CORD JOHNSON**

Your money or property has been frozen or seized ("garnished") because SPIN CAPITAL LLC (the "Garnishor") has filed a garnishment proceeding. That means they are trying to get your money or property from CHARLES SCHWAB BANK the "Garnishee"), the company or person who has it, to pay a debt you owe. / *Su dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque* ***SPIN CAPITAL LLC*** *(el "Embargante"), ha entablado ante tribunales un auto procesal de embargo con la intención de obtener su dinero o propiedad* ***CHARLES SCHWAB BANK*** *(el "Embargado"), que es la compañía o persona física que los tiene, y como pago de lo que usted le adeuda.*

Unofficial Copy Office of Marilyn Burgess District Clerk

EXHIBIT 10

**If you are an individual (not a company), your money or property may be protected ("exempt") from garnishment under federal or state law.** Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that notice carefully for more information on what property can be protected and how to get your protected money or property back. You can ask the court to get your money or property back by turning in ("filing") the "Protected Property Claim Form" that will be sent with the Notice of Protected Property Rights. / ***Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos ("eximidos") de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales.*** *Bajo la Norma de Derecho Procesal Civil Número 679b, el Embargante debe enviarle en los próximos días una "Notificación Sobre Derechos de Propiedad Protegida" aprobada por el Tribunal Supremo de Justicia. Lea con cuidado esta notificación para que obtenga mayor información sobre qué dinero y propiedades están protegidos y cómo recuperarlos. Puede solicitar que se le regresen sus propiedades y dinero que están protegidos entregando ("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que le será enviado junto con la "Notificación Sobre Derechos de Propiedad Protegida".*

You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment with the court because your money or property is exempt from garnishment. You can also get your money back if you file a "replevy bond," which is cash or other security in an amount set by the court. / *Usted también pudiera presentar por escrito una "petición de disolución" o "petición de modificación" de este auto procesal de embargo, ya que su dinero y propiedad están exentos de dicho embargo. También puede recuperar su dinero si presenta ante tribunales una "fianza reivindicatoria", la cual es una garantía en efectivo o con fiador en una cantidad impuesta por el tribunal.*

You can find out more about exemptions and the garnishment process by visiting www.texaslawhelp.org/exempt-property. / *Obtenga mayor información sobre las exenciones y el proceso judicial de embargo, visitando el sitio www.texaslawhelp.org/exempt-property.*

You are encouraged to get a lawyer to help you. **For information on free and low-cost legal services,** visit www.texascourts.gov/programs-services/legal-aid or call the legal aid offices that serve your area: Texas RioGrande Legal Aid at (888) 988-9996, Lone Star Legal Aid at (800) 733-8394, and Legal Aid of Northwest Texas at (888) 529-5277. You can also call the State Bar of Texas at (800) 252-9690. / *Se le recomienda que consiga a un abogado que le ayude.* ***Para información sobre cómo obtener servicios de asesoría legal gratuitos o a un bajo costo,*** *visite el sitio www.texascourts.gov/programs-services/legal-aid o llame a la oficina de asistencia legal que presta servicios en su área: Texas RioGrande Legal Aid al (888) 988-9996; Lone Star Legal Aid al (800) 733-8394; y Legal Aid of Northwest Texas at (888) 529-5277. También puede llamar al Servicio de Información de Abogados en el Colegio de Abogados de Texas al (800) 252-9690.*

**ISSUED AND SIGNED on JULY 31, 2024**

DISTRICT COURT OF HARRIS COUNTY, TEXAS

MARILYN BURGRESS, District Clerk
Harris County, Texas
201 CAROLINE, SUITE 110
Houston, Texas 77002

By: ______________________
GERARDO PEREZ - DEPUTY CLERK

Issued at request of
ANH HUYNH REGENT
500 LOVETT BLVD #225
HOUSTON, TX 77006
BAR NO: 24004882
713-589-5692

Unofficial Copy Office of Marilyn Burgess District Clerk

**OFFICER'S / AUTHORIZED PERSON'S RETURN**

Came to hand on the _______ day of ______________________, 20___, at _______ o'clock ____.M., and executed in _______________ County, Texas, by delivering to the within named ________________________________________, in person, a copy of this Writ, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of Judge's Order, on the _____________ day of ___________________________________, 20_______, at _________ o'clock ____. M., at ______________________________________________, place of service.

NOT EXECUTED FOR THE FOLLOWING REASONS: ______________________________
______________________________________________________________
______________________________________________________________

Returned: ______________________________, 20 ________________

Fees: $ ____________________________________________

By: ______________________________

______________________________________ of

______________________________ County, Texas

SWORN TO AND SUBSCRIBED BEFORE ME, this _____ day of ______________, 20___.

______________________________________
Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

*6574258*

Unofficial Copy Office of Marilyn Burgess District Clerk

CASE NO.: 2024-18025A

| | |
|---|---|
| SPIN CAPITAL, LLC, | IN THE |
| vs. | Harris County 164th District Court |
| BRIDGELINK ENGINEERING LLC; BIGHORN CONSTRUCTION & RECLAMATION LLC; BIGHORN INVESTMENTS AND PROPERTIES, LLC; BRIDGELINK INVESTMENTS, LLC; , | Harris COUNTY, TX |

***RETURN OF SERVICE***

I, **Andrew Swatzell**, do state that the following is true and correct:

That I am over the age of eighteen, not a party to this suit, and have no interest in the outcome of the suit. I have met the criteria and I am authorized to serve process in the State of Texas.

On **August 05, 2024 at 11:07 AM**, I received a **WRIT OF GARNISHMENT AFTER JUDGMENT; APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT** to be delivered to **CHARLES SCHWAB BANK c/o Corporation Service Company** at **211 E. 7th Street, Suite 620 , Austin, TX 78701**.

That on **August 05, 2024** at **1:59 PM**, I delivered said documents to **CHARLES SCHWAB BANK c/o Corporation Service Company** by delivery to **Neisha Gross , Intake Agent** at 211 E. 7th Street, Suite 620 , Austin, TX 78701.
Description of Person Accepting Service:
Sex: Female Race: Black or African Ame Height: 5ft 5in Weight: 240 Hair: Brown

Military Status: N/A
Marriage Status: N/A

My name is Andrew Swatzell, my date of birth is 11/24/1983, and EZ Messenger's address is
9210 S. Western Avenue Suite A-3, Oklahoma City, OK73139, USA.
I declare under penalty of perjury that the foregoing is true and correct.
Executed in TRAVIS County, State of TX on August 16, 2024.

PSC:18592 EXP: 09/30/2024

EZ MESSENGER
9210 S. Western Avenue Suite A-3
Oklahoma City, OK73139
214-748-4200
txupdates@ezmessenger.com

Client File #: **2024-0128**
**Regent & Associates**

Total Service Costs: $ 97.50

**EXHIBIT 10**