# CURRENT DEBT AND FINANCIAL SUMMARY

September 2026

## Loan Portfolio

- Total Loan Value: **$18,962,777**
- Monthly Loan Payments: **$74,380.01**
- Status: **Good / Current**
- Payment History: **Not one missed or late payment**

## Other Corporate Obligations

- Equipment, vehicle, property and other recurring corporate payments: **$18,299.88 per month**
- Combined Monthly Obligations: approximately **$92,679.89**

## Project / Vendor Activity

- Approximately **45 active vendors** - Status: **Current**

## Trade Charge Accounts

- Builders FirstSource - $150,000 limit
- Ferguson Home - $50,000 limit
- Oakline Floors - $150,000 limit
- Home Lumber - $150,000 limit
- Total Trade Credit Limits: **$500,000** | Current balances reflected: **$0**

## Credit Cards

- Citi - Active; no late payments
- Chase - 2 accounts. Were active until the petition, with no late payments. Cards have been shut off since the petition, causing damages to credit and work.
- Capital One - Was active until the petition, with no late payments. Card has been shut off since the petition, causing damages to credit and work.
- Current balances reflected: **$0**

## Insurance

- 14 active insurance policies, including homeowners, flood, general liability, property, and builder's risk coverage.

## Overall Status

- **Good / Current**

**EXHIBIT 11**

**Schedule of Real Estate Owned- September 4, 2026**

| Property | Type (SFR, Condo, Multifamily etc.) | Current Use (Investment/ homestead) | Date Purchased | Ownership % | Mortgage Balance | Current Market Value |
|---|---|---|---|---|---|---|
| 1000 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1004 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1008 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 2001 River Ranch Circle | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 2005 River Ranch Circle | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 2009 River Ranch Circle | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 2012 River Ranch Circle | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 2004 River Ranch Circle | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 2000 River Ranch Circle | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1020 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1034 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $137,000 | $2,300,000 |
| 1038 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1042 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1046 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $1,534,223 | $2,311,570 |
| 1050 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1054 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1058 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1066 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1070 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1074 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1078 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1082 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1086 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1090 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1094 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1098 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $748,000 |
| 1102 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $2,400,000 |
| 1105 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1085 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1083 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1079 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1075 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1071 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $2,300,000 |
| 1067 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1063 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1059 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1055 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1051 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1047 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1043 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1039 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1035 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1031 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1027 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1023 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1019 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $2,300,000 |
| 1015 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1009 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1003 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 1001 River Ranch Lane | SFR | Investment | 1/15/2025 | 100% | $175,000 | $585,000 |
| 5300 Little Road | SFR | Investment | 2/21/2025 | 100% | $1,500,000 | $2,208,000 |
| Phase II | SFR | Investment | 1/8/2026 | 100% | $1,114,000.00 | $3,525,000 |
| Phase III | SFR | Investment | 1/12/2026 | 100% | $1,242,958.00 | $2,850,000 |
| 1650 Tin Top Rd | SFR | Investment | 6/4/2026 | 100% | $2,034,596.00 | $3,550,000 |
| 155 Bieless Lane | SFR | Investment | 6/4/2026 | 100% | $3,000,000.00 | $4,445,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | $18,962,777 | $57,122,570 |

**EXHIBIT 11**