Michael D. Napoli, SBN: 14803400
Laura M. Taveras, SBN: 24127243
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile:: (214) 981-9338
Michael.napoli@akerman.com
Laura.taveras@akerman.com

*Attorneys for Petitioning Creditor Huntington Bank f/k/a Cadence Bank*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **CORD HENRY JOHNSON** | § | **26-43995-elm7** |
| | § | |
| **Debtor.** | § | |

## CORPORATE DISCLOSURE STATEMENT

Petitioning Creditor, Huntington Bank f/k/a Cadence Bank ("Huntington") submits its Corporate Disclosure Statement pursuant to Bankruptcy Rule 7007.1 and respectfully states as follows:

Huntington discloses that Huntington Bancshares Incorporated ("Huntington Bancshares") a publicly traded corporation, acquired Cadence Bank ("Cadence") as of February 1, 2026. As a result, The Huntington National Bank ("Huntington Bank"), a wholly owned subsidiary of Huntington Bancshares, and Cadence have merged with Huntington Bank continuing as the surviving entity, and Cadence's separate existence has ceased. The Vanguard Group, Inc. owns 10% or more of Huntington's stock.

Dated: October 1, 2026

Respectfully submitted,

**AKERMAN LLP**

*/s/ Michael D. Napoli*

Michael D. Napoli
Texas Bar No. 14803400
Laura M. Taveras
Texas Bar No. 24127243
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
michael.napoli@akerman.com
laura.taveras@akerman.com

*Attorneys for Petitioning Creditor Huntington Bank f/k/a Cadence Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I electronically filed and served the foregoing document with the Clerk of the Court using the CM/ECF system upon all counsel of record.

*/s/ Michael D. Napoli*
Michael D. Napoli